IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LAPAULA TAYLOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-222-Y |
| | § | |
| CAROLYN W. COLVIN | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On June 17, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the Commissioner of the Social Security Administration ("the Commissioner") denying plaintiff LaPaula Taylor's claims for a period of disability, disability-insurance benefits under Title II of the Social Security Act, and supplemental-security-income benefits under Title XVI of the Act. Neither of the parties filed objections to the findings.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the Commissioner's decision is AFFIRMED.

SIGNED August 8, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE